UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>D. WOODWARD, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00626-DAD-SKO (PC)<br><br>**ORDER GRANTING REQUEST TO OPT OUT OF ADR AND LIFTING STAY**<br><br>(Doc. 35) |

On August 16, 2021, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 33.) On September 23, 2021, Defendants filed a request to opt out of ADR. (Doc. 35.)

Accordingly, the Court ORDERS:

1. Defendants' request (Doc. 35) is GRANTED;
2. The stay of this case is lifted; and,
3. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated: **September 27, 2021**          /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE