UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. WOODWARD, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00626-DAD-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND TO MODIFY DISCOVERY AND SCHEDULING ORDER** (Doc. 50) |

    Defendants move to stay merits-based discovery and to modify the Court's discovery and scheduling order (Doc. 37) to extend all non-exhaustion-based discovery. (Doc. 50.) The time for Plaintiff to file a response has not yet passed, *see* Local Rule 230(l); however, the Court deems a response unnecessary here because it finds good cause to grant Defendants' request.

    Defendants' motion for summary judgment based upon a failure to exhaust administrative remedies is pending before the Court. (Doc. 42.)  Defendants seek a stay of all discovery excepting the exhaustion of administrative remedies and pending resolution of the summary judgment motion. (*Id.*) Defendants acknowledge the discovery cut off deadline presently set for February 27, 2022, and intend to take Plaintiff's deposition. Following issuance of a notice for Plaintiff's deposition at Kern Valley State Prison on February 25, 2022, Defendants were informed that Plaintiff is presently housed at Fresno County Jail. It is therefore unclear whether the deposition will proceed at set.

Accordingly, Defendants' motion (Doc. 50) is GRANTED. The Court STAYS discovery in this matter, except for discovery pertaining to the exhaustion of administrative remedies, until the Court rules on Defendants' exhaustion-based motion for summary judgment.

The Court further VACATES the discovery and dispositive motion deadlines, to be reset, if appropriate.

Further, the Court notes that in January 2022, Plaintiff filed a "Motion to Compel [First Set] Interrogatories" (Doc. 43) and a "Motion to Compel [First Set] Request for Production of Documents" (Doc. 47). Both motions appear to pertain to merits-based discovery, rather than discovery pertaining to the exhaustion of administrative remedies, and remain pending resolution by this Court. Due to the stay of non-exhaustion-based discovery, resolution of Plaintiff's motions will be held in abeyance. In the event Defendants' summary judgment motion is denied and the stay of non-exhaustion-based discovery is lifted at a later date, Plaintiff will be afforded the opportunity to reply to Defendants' opposition to his discovery motions, (Doc. 49), if he has not already done so.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay merits-based discovery (Doc. 50) is GRANTED; and
2. The discovery and dispositive motion deadlines referenced in the September 27, 2021, discovery and scheduling order are VACATED.

IT IS SO ORDERED.

Dated:   **February 18, 2022**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE