UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>            Plaintiff,<br><br>    v.<br><br>D. WOODWARD, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00626-DAD-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**21-DAY DEADLINE** |

On January 7, 2022, Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust his administrative remedies prior to filing suit. (Doc. 42.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so.[1] [2]

//

---

[1] Following the filing of Defendants' motion for summary judgment, on January 28, 2022, Plaintiff filed a Motion to Compel regarding his First Set of Interrogatories (Doc. 43) and a Notice of Interlocutory Appeal (Doc. 44). Plaintiff also filed a Motion to Compel regarding his First Set of Requests for Production of Documents on January 31, 2022. (Doc. 47.) None of these filings serve as an opposition to Defendants' motion for summary judgment. Plaintiff's appeal was dismissed by the Ninth Circuit Court of Appeals on February 23, 2022. (*See* Docs. 52, 53.)

[2] Defendants filed a Motion to Stay Discovery and Modify the Scheduling Order to Extend Discovery Cut-Off Date on February 11, 2022. (*See* Doc. 50.) That motion expressly excluded discovery related to the issue of administrative exhaustion. (*Id.*) On February 18, 2022, the Court issued its order granting Defendants' motion for a stay of merits-based discovery. (Doc. 51.) The Court notes that Defendants' motion to stay merits-based discovery was filed well after the deadline had passed for Plaintiff to oppose Defendants' motion for summary judgment for a failure to exhaust administrative remedies.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition *or* a statement of non-opposition to Defendants' motion for summary judgment.

**Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 7, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE